UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-49072 |
| | ) | |
| MICHAEL P. GREGORINO | ) | JUDGE KAY WOODS |
| KARON L. GREGORINO | ) | |
| | ) | CHAPTER 7 |
| Debtors | ) | |
| ****************************************** | ) | Adversary Proceeding No. |
| ANDREW W. SUHAR, Chapter 7 Trustee | ) | 06-4130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO DISMISS** |
| | ) | |
| AUTOVEST, LLC, | ) | |
| ASSIGNEE OF FIFTH THIRD BANK | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Plaintiff, Andrew W. Suhar, Chapter 7 Trustee, and moves to dismiss his Complaint without prejudice.

For cause, Plaintiff states that all matters set forth in his Complaint have been settled.

WHEREFORE, Movant prays the Court enter an order dismissing this adversary proceeding without prejudice, and grant Movant such other and further relief as the Court deems appropriate.

                                                  Respectfully submitted,

                                                  /s/ Andrew W. Suhar
                                                  ANDREW W. SUHAR, ESQ. Reg. No. 0058419
                                                  Trustee/Attorney for Trustee
                                                  1101 Metropolitan Tower
                                                  P.O. Box 1497
                                                  Youngstown, Ohio 44501-1497
                                                  Telephone: (330) 744-9007
                                                  Facsimile: (330) 744-5857
                                                  E-mail: asuhar@suharlaw.com

## CERTIFICATE OF SERVICE

      I HEREBY certify that a copy of the **Motion to Dismiss** was sent via regular U.S. mail, postage prepaid, or electronically sent, this **15th** day of August, 2006, to:

The United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Room 441
Cleveland, OH 44114

Timothy A. Barry, Esq.
P.O. Box 590
600 East State Street
Salem, OH 44460

Autovest, LLC, Assignee of Fifth Third Bank
John R. Cummins
c/o Randy T. Slovin
Sloving & Cummins, LPA
9435 Waterstone Boulevard, Suite 270
Cincinnati, OH 45249

                                          /s/ Andrew W. Suhar
                                          ANDREW W. SUHAR, ESQ. Reg. No. 0058419
                                          Trustee/Attorney for Trustee